Jennifer A. Smith  **Electronically Filed May 19, 2010**
jsmith@lionelsawyer.com
NV Bar No. 610
LIONEL SAWYER & COLLINS
1100 Bank of America Plaza
50 West Liberty Street
Reno, Nevada 89501
(775) 788-8624 (Telephone)
(775) 788-8682 (Fax)

Attorneys for Empire Advisors, LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 10-51913-GWZ |
| | Chapter 11 |
| WESTERN UTAH COPPER COMPANY, | |
| Debtor. | **NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS** |

To:   Clerk of the Court
      United States Bankruptcy Court
      District of Nevada

PLEASE enter the appearance of Jennifer A. Smith of the firm Lionel Sawyer & Collins pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as attorneys for Empire Advisors, LLC.  As parties in interest and pursuant to Bankruptcy Rule 2002 and §1109(b) of the Bankruptcy Code 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), Empire Advisors, LLC requests that all notices given or required to be given in this case be given to and served upon the undersigned at the following address:

   Jennifer A. Smith
   LIONEL SAWYER & COLLINS
   50 W. Liberty St., Ste. 1100
   Reno, Nevada  89501
   Telephone:  (775) 788-8666
   Facsimile: (775) 788-8682
   Email:  jsmith@lionelsawyer.com

And that said address be added to the official addresses matrix maintained in this proceeding by the Clerk of the Court.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 WEST LIBERTY ST.
RENO,
NEVADA 89501
(775) 788-8666

Please take further notice that pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and appearance referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, which affects or seeks to affect in any way the rights or interest of parties in interest in this case.

This Notice of Appearance Request for Matrix Entry and Request for Service of all Notices and Documents shall not be deemed or construed to be a waiver of any rights (1) to have final orders in noncore matters entered only after <u>de novo</u> review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs or recoupments which may be entitled, in law or in equity. All of these rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated this 19th day of May, 2010.

                LIONEL SAWYER & COLLINS

                By: /s/ Jennifer A. Smith
                      Jennifer A. Smith

                Attorneys for Empire Advisors, LLC

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 West Liberty Street
RENO,
NEVADA 89501
(775) 788-8666

2